EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

In re:   Ericka A. Utz                                            CHAPTER 13
                                                                  CASE NO: 12-34693
                                                                  HON. DANIEL S. OPPERMAN
              Debtor,

**ORDER RESOLVING THE TRUSTEE'S OBJECTION TO FIRST APPLICATION FOR AWARD AND APPROVAL OF PAYMENT OF POST-CONFIRMATION ATTORNEY FEES**

This matter having come on to be heard upon the Stipulation resolving Trustee's Objection to the application for compensation of the attorney for the Debtor(s), all interested parties having agreed on the Amendments of the application and the provisions of L.B.R. 9014-1 and 2016-1 (E.D.M.) having been met, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Court approves applicant's fees and expenses as follows:

   | | |
   |---|---|
   | Prior award for Fees | $2,948.00 |
   | Prior award for Costs: | $103.18 |
   | Total award to Date: | $3,051.18 |
   | | |
   | This award for Fees: | $780.00 |
   | This award for Costs: | $0.00 |
   | Total this award: | $780.00 |
   | | |
   | Amount paid directly by Debtor(s) | $0.00 |
   | **Balance to be paid from Chapter 13 Plan** | **$780.00** |

   GRAND TOTAL FEES AND COSTS               $3,831.18

2. This award covers services rendered and expenses incurred from March 6, 2013 through October 15, 2014.
3. Debtor's(s') counsel shall serve a copy of this Order upon the Chapter 13 Trustee.
4. To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter13 Trustee, they shall be paid directly by the Debtor(s) following dismissal.

`Signed on December 16, 2014`

                                         `/s/ Daniel S. Opperman`
                                         `Daniel S. Opperman`
                                         `United States Bankruptcy Judge`