Form ntchrg

226 West Second Street
Flint, MI 48502

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **12−34693−dof**
Chapter: 13
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
    Ericka A Utz
    aka ShoMe Quarter Horses
    420 Argentine Rd
    Howell, MI 48843

Social Security No.:
    xxx−xx−6912

Employer's Tax I.D. No.:

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502** on **6/21/16** at **09:00 AM** to consider and act upon the following:

*67* – Chapter 13 Post−Confirmation Plan Modification with propsed order & Certificate of Service Filed by Trustee Carl Bekofske (RE: related document(s)45 Chapter 13 Post−Confirmation Plan Modification). (^Bekofske, Carl (bf))

Dated: 6/6/16

                                              BY THE COURT

                                              Katherine B. Gullo
                                              Clerk, U.S. Bankruptcy Court

                                              BY: JAM
                                              Deputy Clerk