UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE: Ericka A. Utz

Case No. 12-34693
Chapter 13
Judge Daniel S. Opperman

Debtor
_____/

## ORDER MODIFYING CHAPTER 13 PLAN

**IT IS HEREBY ORDERED** that the Debtor shall turn over 50% of the net amount of her Annual Incentive Plan Bonus payable from her employer, Visteon, along with a copy of the bonus check within 21 days of receipt.

**IT IS FURTHER ORDERED** that in all other respects the Plan and Order Confirming Plan as last modified remains in full force and effect.

.

Signed on January 24, 2017

```
              /s/ Daniel S. Opperman
         Daniel S. Opperman
         United States Bankruptcy Judge
```